## Abraham Sharff, Appellee, v. Ferdinand Herman, Appellant.

### Gen. No. 22,684.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917.

### Statement of the Case.

Action of forcible detainer by Abraham Sharff, plaintiff, against Ferdinand Herman, defendant. From a judgment for plaintiff, defendant appeals.

The decision in this case is governed by *Guiseppe Elia v. Societa Mutuo Soccorso di Piane Crati,* 203 Ill. App. 278.

GEORGE A. BRINKMAN, for appellant.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.